| AO 256 (Rev. 2/86) | CRIMINAL DOCKET · U.S. District Court | | | U.S. VS. (LAST, FIRST, MI) GRAY, KIMBERLY | Case Filed Mo. 10 Day 09 Yr. 92 | Docket No. F92-124 CR | Def. |
|---|---|---|---|---|---|---|---|
| | PO ☐ 097X 4 7XKF Assigned Misd. ☒ Disp./Sentence Felony ☐ District Off Judge/Magistr. | ☐ WRIT ☐ JUVENILE ☐ ALIAS OFFENSE ON INDEX CARD | | | No. of Def's 1 | U.S. MAG. CASE NO. | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18 USC 13/AS 28.35.030 | OPERATING A VEHICLE, AIRCRAFT, OR WATERCRAFT WHILE INTOXICATED | 1 | |
| 18 USC 13/AS 28.35.040 | RECKLESS DRIVING | 1 | |

**CASE CLOSED**

INDEXED

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO — KEY DATE **10 09 92** APPLICABLE ☒ Information ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☐ Supsdg: ☐ Ind ☐ Inf d) ☐ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty / After N.G. ☐ Nolo / After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP — on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued/Return — DATE — INITIAL/NO.
Summons: Issued/Served
Arrest Warrant Issued / COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION / REMOVAL HEARING — Date Scheduled ▶ — Date Held ▶
☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT
Tape Number

INITIAL/NO. | OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.
George R. Smawley, S.A.U.S.A., Office of the Staff Judge Advocate,
Ft. Wainwright, AK 99703-5000 (907) 353-6510/6506

Defense: 1 ☒ CJA 2 ☐ Ret. 3 ☐ Waived 4 ☐ Self 5 ☐ Non/Other 6 ☐ PD 7 ☐ CD

Richard Wright
Niewohner & Wright, P.C.
PO Box 74490, 700 3rd Avenue
Fairbanks, Alaska 99707
(907) 451-7003

Arraignment Date: November 6, 1992
First Day: December 6, 1992
Last Day: January 15, 1993

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers. Rec.
AMOUNT SET $ ☐ PSA
Conditions:
Date Set ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied ☐ Fugitive ☐ Pers. Rac.
AMOUNT SET $ ☐ PSA
Conditions:
Date Set ☐ 10% Dep. ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE / DOCUMENT NO. | Yr. Docket No. Def. F92-124 CR | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT  PAGE __ OF __ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | | V. PROCEEDINGS | | | |
| 1992 | | | | | |
| Oct 9 | 1 | FILED INFORMATION | | | |
| Oct 15 | -- | Memo to Magistrate re: Arraignment Date | | | |
| 20 | -- | Issued summons to appear 11/6/92, 9:30am. | | | |
| 27 | 2 | FILED return on Summons (10/22/92) - executed | | | |
| Nov 6 | 3 | FILED Deft entry of Appearance by Richard Wright | | | |
| 12 | 4 | FILED MJ Minutes dated 11/6/92 from Arraignment. Deft pleads not guilty to Counts. PTC set for 11/19/92 at 2:00 p.m. CJA Atty Richard Wright apptd. cc: Smawley, Wright, USPO, USMS | | | |
| 12 | 5 | Order Setting Conditions of Release. cc: Smawley, Wright, USPO, USMS | | | |
| 12 | 6 | Consent to Proceed Before Magistrate. cc: Smawley, Wright, USPO, USMS | | | |
| 12 | 7 | Financial Affidavit. cc: Smawley, Wright, USPO, USMS | | | |
| 12 | 8 | FILED Order Regarding Preparation for Trial. Parties shall meet by 11/13/92 and file certification of such conf w/in 10 days. Pretrial Motions due by 11/27/92. cc: Smawley, Wright, USPO, USMS | | | |
| 23 | 9 | Fld copy 4 of CJA appt of Richard Wright. | | | |
| 24 | 10 | FLD MJ CT MIN re; pretrial conf cont to 12/11/92, 10:15am. cy cnsl. | | | |
| Dec 1 | -- | Memo to Mag re: speedy trial | | | |
| 1 | 11 | Superceding Information - Count 1/Reckless Driving. cc: Smawley, Wright, USPO, USMS | | | |
| 18 | 12 | FILED Minutes dtd 12/11/92 re: Pretrial Conf. Deft present w/csl. Deft pleads no contest to superseding information. Sentence of 1 year probation, 130 hours of community service; alcohol evaluation at FASAP. cc: SAUSA, Wright, USPO, USMS | | | |
| 18 | 13 | FILED Judgment. cc: SAUSA, Wright, USPO, USMS, Deft, Anch USA | | | |
| 1993 March 9 | 14 | FILED yellow copy of CJA 20    **CASE CLOSED** | | | |
| August 26 | 15 | FILED Petition on Probation and Order that summons be issued directing Kimberly gray to appear before the Court to show cause why her probation heretofore entered should not be revoked. cc: Smawley/Wright/USPO/USMS | | | |
| 26 | -- | Issued summons to appear 9/10/93 at 9:15 am. Orig to Marshal for svc | | | |
| Sept 7 | 16 | FILED return of service on summons executed 8/30/93. cc: USA | | | |
| Sept 15 | 17 | FILED Amended 9/10/93 Judgment. Deft sentenced to Reckless Driving. Deft placed on probation until 1/15/94. Fine of $250.00. cc: Deft/ Smawley/Wright/USPO/USMS/USA-Anch | | | |
| Sept 17 | 18 | FILED 9/17/93 Minutes from ARR on Probation Violation Petition. Deft present representing self. Court amends sentence to extend probation until Jan 15, 1994; delete community service obligation. Fine of $250.00. cc: Smawley/Gray/USPO/USMS | | | |

LETTER CODES (For identifying periods of excludable delay per 18 USC 3161 (h), Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161(b)

1994
Jan 9    (19) FILED Petition for Summons for Offender Under Supervision and Order that summons be issued re violation. cc: Wright/Smawley/USPO/USMS

Jan 18    (20) FILED return of service on summons executed 1/10/94. cc: USA

Feb 7    (21) FILED Court Min from hearing on petition 2-4-94: Deft not present, Pltf advised fine paid. Court dismisses petition. cc;csl FPO/USMS

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |